# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD STEWART,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTIANSON, et al,<br><br>    Defendants. | Case No. 1:17-cv-00936-BAM (PC)<br><br>ORDER REGARDING FEE REIMBURSEMENT INQUIRY<br><br>(ECF No. 15) |

Plaintiff Gerald Stewart ("Plaintiff") is a former county detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 22, 2018, Plaintiff filed a notice of change of address indicating that he is no longer incarcerated at the Stanislaus County Jail. (ECF No. 15.) In that notice, Plaintiff also stated that there was an overpayment in his filing fee, and inquired whether that reimbursement would follow him to his new address. (Id.)

By the instant order, Plaintiff is informed that the Court is aware of no overpayment regarding the filing fee in this action. As such, the Court is unaware of any reimbursement owed to Plaintiff.

IT IS SO ORDERED.

    Dated: **January 24, 2018**            /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE